JACOB KREISCHER, Respondent, v. THE HAMPTON COMPANY, Appellant.

*Kreischer* v. *Hampton Co.*, 163 App. Div. 925, affirmed.
(Argued March 27, 1917; decided April 17, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered May 8, 1914, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.   Plaintiff and defendant owned adjoining premises.   Defendant being about to tear down its building contracted with plaintiff to protect his building during the progress of the work.   Excavations having been made on defendant's property it was noticed that a fragment of wall that had been left standing was moving.   To arrest it a harness was put over the top of plaintiff's building engaging and fast to the wall.   It continued to move, however, and involved the plaintiff's building, which was seriously damaged.   This action was brought to recover therefor.

*Murray Downs* for appellant.

*Andrew J. Nellis* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: HISCOCK, Ch. J., CHASE, HOGAN, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.

---

ALFRED JEPSON, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.

*Jepson* v. *International Ry. Co.*, 163 App. Div. 933, affirmed.
(Argued March 27, 1917; decided April 17, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 23, 1914, affirming a judgment in favor of

plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by the plaintiff through the negligence of the defendant. The complaint alleged that the defendant, through its employees, who were operating one of its cars, took bundles of newspapers therefrom and piled them on the pavement between the street railway track and the curb, on the east side of the street; that there were a number of large bulky packages wrapped in paper substantially the same color as the pavement; that the car then proceeded on its way, leaving the street obstructed by these papers, with no light upon them, or any guard to warn or prevent their being run into by vehicles traveling upon the street; that the papers were left sometime between three-thirty and four A. M., while it was still dark, and that sometime later the plaintiff, riding as a guest in an automobile, went north on the easterly side of Main street, the automobile came into collision with the bundles of papers, and as a result of the collision, plaintiff received the injuries complained of.

*Dana L. Spring* and *Roscoe R. Mitchell* for appellant.

*Hamilton Ward, W. J. Wetherbee* and *Andrew B. Gilfillan* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: HISCOCK, Ch. J., CHASE, HOGAN, McLAUGHLIN, CRANE and ANDREWS, JJ. Not sitting: POUND, J.